# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : 1:14-cv-812 :  : |
| Plaintiff, | : : |
| | : Hon. John E. Jones III |
| v. | : : |
| JOSEPH BERNARD FITZPATRICK III; PATRICK AND BONNIE VASSALOTTI, CO-LEGAL CUSTODIANS OF MINOR CHILDREN E.F. and R.F.; and THE ESTATE OF ANNEMARIE FITZPATRICK, | : : : : : : : |
| Defendants. | : |

## ORDER

### February 5, 2018

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. The Motion for Summary Judgment filed by Defendants, Patrick and Bonnie Vassalotti, Co-Legal Custodians of Minor Children E.F. and R. F. and the Estate of Annemarie Fitzpatrick (Doc. 62) is **GRANTED**.

2. Judgment is entered in favor of Patrick and Bonnie Vassalotti, Co-Legal Custodians of Minor Children E.F. and R. F. and the Estate of Annemarie Fitzpatrick.

3. The Clerk of Court shall **DISBURSE** to Patrick and Bonnie Vassalotti, Co-Legal Custodians of Minor Children E.F. and R. F. and the Estate of Annemarie Fitzpatrick the amount of $886,049.31 plus any accrued interest.[1]

4. The Clerk of Court is directed to **CLOSE** the file on this case.

John E. Jones III
United States District Judge

---

[1] Pursuant to the Stipulation of Dismissal whereby Hartford was dismissed a party to this action, the Clerk released the amount of $2,950,69 to the Pepper Hamilton LLP law firm for attorney's fees incurred in the representation of Hartford in this interpleader action. Thus, the $889,000 figure that was interpled into the Clerk's Registry was reduced by that amount.